UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MARCUS ALBERT ROMERO, *et al*.,<br><br>                    Debtors | Lead Case No. 5:23-cv-01010-FLA<br>Member Case No: 5:23-cv-01910-FLA<br><br>**ORDER DISMISSING MEMBER APPEAL**<br><br>Bankruptcy Case No.. 6:22-bk-12942-WJ |

1

1  On March 28, 2024, Appellants Marcus Albert Romero and Natalie Victoria Romero ("Appellants") and Appellee Todd A. Frealy, Chapter 7 Trustee ("Appellee") filed a Stipulation to Voluntarily Dismiss Appeal of Order Granting the Motion for Turnover of Property.  Dkt. 32.  The parties request the court dismiss the appeal in Case No. 5:23-cv-01910-FLA, pursuant to Fed. R. Bankr. P. 8023.  Dkt. 32 at 2.

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby DISMISSES the appeal in Case No. 5:23-cv-01910-FLA, with the parties to bear their own attorney's fees and costs related to that appeal.  The appeal in Case No. 5:23-cv-01010-FLA shall remain pending.

IT IS SO ORDERED.

Dated: April 9, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2